No. 00–113 (00A180). PIERSON v. WILSHIRE TERRACE CORP. Ct. App. Cal., 2d App. Dist. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

No. 00–124. PARTIDO ACCION CIVIL v. PUERTO RICO ET AL. Sup. Ct. P. R. Motion of Partido Laboral Union Social for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 00–186. TOPPS CO., INC. v. MICHIGAN DEPARTMENT OF TREASURY, REVENUE DIVISION. Ct. App. Mich. Motion of Gillette Co. for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1770. SIMPSON v. GALANOS ET AL., 530 U. S. 1276;

No. 99–8429. SUMPTER v. STEGALL, WARDEN, 530 U. S. 1206;

No. 99–9143. GOLLIVER v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, 530 U. S. 1247; and

No. 99–9884. WILLIAMS v. UNITED STATES, 530 U. S. 1283. Petitions for rehearing denied.

No. 99–8573. GONZALEZ v. ASKINS ET AL., 529 U. S. 1115. Motion for leave to file petition for rehearing denied.

OCTOBER 10, 2000

No. 99–9107. BROWN v. UNITED STATES. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Apprendi* v. *New Jersey*, 530 U. S. 466 (2000).

No. 00–5068. GUIDRY v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Sims* v. *Apfel*, 530 U. S. 103 (2000).

No. 00–5123. CLINTON v. UNITED STATES. C. A. 5th Cir. Motion of petitioner for leave to proceed *in forma pauperis*